MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8924
Fax: (415) 744-0134
E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL W. OGIN, | ) |
| Plaintiff, | ) CIVIL NO. 11-cv-05077-MEJ |
| v. | ) STIPULATION AND ORDER EXTENDING TIME TO FILE THE ANSWER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

1   IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval
2   of the Court, that Defendant shall have until April 9, 2012, to file the answer. This extension is
3   requested because Defendant needs more time to produce the transcript.

5       Respectfully submitted,

7                               /s/ Lawrence David Rohlfing *
                                  LAWRENCE DAVID ROHLFING
8                               Plaintiff's Attorney
                              *by Armand Roth by telephone authorization
9                                of 12/12/11

11                              MELINDA L. HAAG
                             United States Attorney
                             DONNA L. CALVERT
12                             Acting Regional Chief Counsel, Region IX,
                             Social Security Administration

14   Dated: December 12, 2011          By:  /s/ Armand D. Roth
                                             ARMAND D. ROTH
15                              Special Assistant United States Attorney

17   PURSUANT TO THE STIPULATION, IT IS SO ORDERED

19   DATED   February 8, 2012
                             _____
20                              HONORABLE MARIA-ELENA JAMES
                             UNITED STATES MAGISTRATE JUDGE