1 | MELINDA L. HAAG
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
3 | Social Security Administration

4 | ARMAND D. ROTH
Special Assistant United States Attorney
5 | California Bar No. 214624
      333 Market Street, Suite 1500
6 |   San Francisco, CA 94105
      Telephone: (415) 977-8924
7 |   Fax: (415) 744-0134
      E-Mail: Armand.Roth@ssa.gov
8
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL W. OGIN, | ) |
| Plaintiff, | ) CIVIL NO. 11-cv-05077-MEJ |
| v. | ) STIPULATION AND ORDER EXTENDING ) TIME TO FILE THE ANSWER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

1  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval
2  of the Court, that Defendant shall have until April 9, 2012, to file the answer.  This extension is
3  requested because Defendant needs more time to produce the transcript.

5        Respectfully submitted,

7                                    /s/ Lawrence David Rohlfing *
                                     LAWRENCE DAVID ROHLFING
8                                    Plaintiff's Attorney
                                     * by Armand Roth by telephone authorization
9                                      of 12/12/11

11                                   MELINDA L. HAAG
                                     United States Attorney
                                     DONNA L. CALVERT
12                                   Acting Regional Chief Counsel, Region IX,
                                     Social Security Administration

14 Dated: December 12, 2011     By:  /s/ Armand D. Roth
                                     ARMAND D. ROTH
15                                   Special Assistant United States Attorney

17 PURSUANT TO THE STIPULATION, IT IS SO ORDERED

19 DATED _  February 8, 2012   _____
                                     HONORABLE MARIA-ELENA JAMES
20                                   UNITED STATES MAGISTRATE JUDGE

2