Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MICHAEL W. OGIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. OGIN, | Case No.: 3:11-cv-05077-MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 29, 2012, in which to Motion for Summary Judgment. Defendant's responsive brief shall be due June 28, 2012. Any other deadlines set forth in the October 17, 2011 Procedural Order shall be extended accordingly.

IT IS SO ORDERED

DATE    May 8, 2012

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 |
4 |     */s/Lawrence D. Rohlfing*
5 | BY: _____
    Lawrence D. Rohlfing
    Attorney for plaintiff