1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
   Fax: (562)868-5491
4  E-Mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   MICHAEL W. OGIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL W. OGIN | ) Case No.: 3:11-cv-05077-MEJ |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 1, 2012, in which to plainiff's motion for summary judgment; and that all other deadlines set forth in the October 19, 2011 Case Management Order shall be extended accordingly.  IT IS SO ORDERED

DATE: June 1, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3

      */s/Lawrence D. Rohlfing*

4
BY: _____
5      Lawrence D. Rohlfing
    Attorney for plaintiff