Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MICHAEL W. OGIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. OGIN,  Plaintiff,  v.  MICHAEL J. ASTRUE, Commissioner of Social Security.  Defendant. | Case No.: 3:11-cv-05077-MEJ  [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 1, 2012, in which to plainiff's motion for summary judgment; and that all other deadlines set forth in the October 19, 2011 Case Management Order shall be extended accordingly. IT IS SO ORDERED

DATE: June 1, 2012

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

*/s/Lawrence D. Rohlfing*

BY: _____
    Lawrence D. Rohlfing
    Attorney for plaintiff