UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. OGIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　Defendant. | Case No.　11-cv-05077-MEJ<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 32 |

On June 26, 2015, the Ninth Circuit Court of Appeals reversed this Court's judgment with instructions to remand to the ALJ on an open record for further proceedings. Dkt. No. 32. Accordingly, this matter is REMANDED for further proceedings consistent with the Ninth Circuit's memorandum.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge