MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. OGIN, | ) Civil No. 3:11-cv-05077-MEJ |
|     Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) FOR A FIRST EXTENSION OF TIME FOR |
| CAROLYN W. COLVIN, | ) DEFENDANT TO RESPOND TO |
| Acting Commissioner of Social Security, | ) PLAINTIFF'S MOTION FOR ATTORNEY |
| | ) FEES |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 17 days to respond to Plaintiff's Motion for Attorney Fees.  Counsel for Defendant requests this extension because Counsel could not have anticipated when Plaintiff would file the motion, and needs additional time due to his case load and substantive non-litigation matters.

    The current due date is October 13, 2015.  The new due date will be October 30, 2015. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1- Stip. and Proposed Order for a First Ext. of Time

Respectfully submitted,

Dated: *September 30, 2015*        */s/ Lawrence David Rohlfing\**
                                                (\*As authorized via email on September 29, 2015)
                                                LAWRENCE DAVID ROHLFING
                                                Attorney for Plaintiff

Dated: *September 30, 2015*        BENJAMIN B. WAGNER
                                                United States Attorney

                               By:  */s/ Henry L. Chi*
                                                HENRY L. CHI
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: September 30, 2015        _____
                                                      MARIA-ELENA JAMES
                                                      UNITED STATES MAGISTRATE JUDGE

2- Stip. and Proposed Order for a First Ext. of Time